Petition for Writ of Habeas Corpus Denied and Opinion filed November 8,
2002









Petition for Writ of Habeas Corpus Denied and Opinion
filed November 8, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01158-CV

____________

 

IN RE MICHAEL CATO, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF HABEAS CORPUS

 



 

O P I N I O N

On November 7, 2002, relator, Michael
Cato, filed a petition for writ of habeas corpus.  See Tex.
Gov=t Code Ann. ' 22.221(d);  Tex. R. App. P. 52.

We deny relator=s petition for writ of habeas corpus.

PER CURIAM

Petition Denied and Opinion filed
November 8, 2002.

Panel consists of Justices
Anderson, Hudson and Fowler.

Do Not Publish C Tex. R. App. P. 47.3(b).